IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO. 9:24-CV-80856-DMM**

ALEXEI STOLFAT,

        Plaintiff,

v.

EQUIFAX, INC.; TRANS UNION, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.;

        Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC**

TO THE HONORABLE JUDGE DONALD M. MIDDLEBROOKS:

    Plaintiff Alexei Stolfat and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

    There are no longer any issues in this matter between Alexei Stolfat and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union have mutually agreed to a confidential settlement between the parties. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

    Respectfully submitted,

    */s/ Ritika Singh*
    Ritika Singh
    Florida Bar No. 1016708
    rsingh@qslwm.com
    QUILLING, SELANDER, LOWNDS,
    WINSLETT & MOSER, P.C.
    6900 N. Dallas Parkway, Suite 800

1

Plano, Texas 75024
(214) 560-5459
(214) 871-2111 Fax
***Counsel for Trans Union LLC***


*/s/ Alexei Stolfat*

Alexei Stolfat
stolfat@usa.com
250 Seminole Ave., Apt. 1
Palm Beach, FL 33480
***Pro Se Plaintiff***


*/s/ Noah DiPasquale*

Noah DiPasquale, Esq.
noah.dipasquale@troutman.com
Florida Bar No. 1003238
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, VA  23219
(804) 697-1266
***Counsel for Experian Information Solutions, Inc.***


*/s/ Paige Vacante*

Paige Vacante
pvacante@seyfarth.com
Florida Bar No. 1019135
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 800
Chicago, Illinois 60606-6448
(312) 460-5000
***Counsel for Equifax, Inc.***

7592242.1

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on the **15th day of October 2024**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Paige Elizabeth Vacante<br>pvacante@seyfarth.com<br>Seyfarth Shaw LLP<br>233 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 460-5121<br>***Counsel for Equifax, Inc.*** | Noah J. DiPasquale<br>noah.dipasquale@troutman.com<br>Troutman Pepper Hamilton Sanders LLP<br>1001 Haxall Point<br>Richmond, VA 23219<br>(804) 697-1266<br>***Counsel for Experian Information Solutions, Inc.*** |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, and by electronic mail on the **15th day of October 2024**, properly addressed as follows:

| | |
|---|---|
| Alexei Stolfat<br>stolfat@usa.com<br>250 Seminole Avenue, Apt. 1<br>Palm Beach, FL 33480<br>(561) 657-7900<br>***Pro Se Plaintiff*** | |

                                              */s/ Ritika Singh*
                                              **RITIKA SINGH**