UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80856-CV-MIDDLEBROOKS

ALEXEI STOLFAT,

    Plaintiff,

v.

EQUIFAX, INC.,
TRANS UNION, LLC, and
EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANT TRANS UNION

THIS CAUSE comes before the court upon Defendant Trans Union's Stipulation of Dismissal with Prejudice of Trans Union LLC, filed on October 15, 2024. (DE 77). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss Defendant Trans Union. Accordingly, it is **ORDERED and ADJUDGED** that:

1. The Clerk of Court **SHALL TERMINATE** Defendant Trans Union as a Defendant in this action.

2. The action shall remain as to Defendants Experian and Equifax.

**SIGNED** in Chambers in West Palm Beach, Florida, this 16th day of October, 2024.

Donald M. Middlebrooks
United States District Judge

CC:

Counsel of Record

Alexei Stolfat
250 Seminole Ave, Apt 1
Palm Beach, FL 33480
Pro Se