IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO. 9:24-CV-80856-DMM**

ALEXEI STOLFAT,

                Plaintiff,

v.

EQUIFAX, INC.; TRANS UNION, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.;

                Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE OF EXPERIAN INFORMATION SOLUTIONS, INC.**

TO THE HONORABLE JUDGE DONALD M. MIDDLEBROOKS:

Plaintiff Alexei Stolfat and Defendant Experian Information Solutions, Inc. ("Experian") file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Alexei Stolfat and Experian to be determined by this Court. Plaintiff and Experian have mutually agreed to a confidential settlement between the parties. Plaintiff and Experian hereby stipulate that all claims and causes of action that were or could have been asserted against Experian are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

                Respectfully submitted,

                */s/ Noah DiPasquale*
                Noah DiPasquale, Esq.
                noah.dipasquale@troutman.com
                Florida Bar No. 1003238
                Troutman Pepper Hamilton Sanders LLP
                1001 Haxall Point

        Richmond, VA  23219
        (804) 697-1266
        ***Counsel for Experian Information Solutions, Inc.***

        */s/Alexei Stolfat*
        Alexei Stolfat
        stolfat@usa.com
        250 Seminole Ave., Apt. 1
        Palm Beach, FL 33480
        ***Pro Se Plaintiff***

        */s/Paige Vacante*
        Paige Vacante
        pvacante@seyfarth.com
        Florida Bar No. 1019135
        Seyfarth Shaw LLP
        233 South Wacker Drive
        Suite 800
        Chicago, Illinois 60606-6448
        (312) 460-5000
        ***Counsel for Equifax, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on the **16th day of October 2024**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Paige Elizabeth Vacante<br>pvacante@seyfarth.com<br>Seyfarth Shaw LLP<br>233 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 460-5121<br>***Counsel for Equifax, Inc.*** | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, and by electronic mail on the **16th day of October 2024**, properly addressed as follows:

| | |
|---|---|
| Alexei Stolfat<br>stolfat@usa.com<br>250 Seminole Avenue, Apt. 1<br>Palm Beach, FL 33480<br>(561) 657-7900<br>***Pro Se Plaintiff*** | |

                                              */s/ Noah DiPasquale*
                                              **NOAH DIPASQUALE**