UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80856-CV-MIDDLEBROOKS

ALEXEI STOLFAT,

    Plaintiff,

v.

EQUIFAX, INC.,
TRANS UNION, LLC, and
EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANT EXPERIAN

THIS CAUSE comes before the court upon Plaintiff's and Defendant Experian Information Solutions, Inc.'s ("Experian") Stipulation of Dismissal with Prejudice, filed on October 16, 2024. (DE 80). The Court congratulates these Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss Defendant Experian. Accordingly, it is **ORDERED and ADJUDGED** that:

1. The Clerk of Court **SHALL TERMINATE** Defendant Experian as a Defendant in this action.

2. The action shall remain as to Defendant Equifax.

**SIGNED** in Chambers in West Palm Beach, Florida, this 17th day of October, 2024.

Donald M. Middlebrooks
United States District Judge

CC:

Counsel of Record

Alexei Stolfat
250 Seminole Ave, Apt 1
Palm Beach, FL 33480
Pro Se