UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80856-CV-MIDDLEBROOKS

ALEXEI STOLFAT,

    Plaintiff,

v.

EQUIFAX, INC.,

    Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court on the Parties' Stipulation of Dismissal with Prejudice, filed December 19, 2024 (DE 121). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss Defendant Equifax. As Defendant Equifax is the final remaining Defendant, its dismissal warrants the closure of this case. Accordingly, it is **ORDERED and ADJUDGED**:

(1) Plaintiff's claims against Defendant Equifax are **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE THIS CASE.**

(3) All pending motions are **DENIED AS MOOT.**

(4) Unless otherwise agreed, the Parties shall bear their own fees and costs.

**SIGNED** in Chambers at West Palm Beach, Florida, this 20 day of December, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

CC:

Counsel of Record

Alexei Stolfat
250 Seminole Ave, Apt 1
Palm Beach, FL 33480